# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** | **Bankruptcy Case** |
| **Do You Love Me? Inc.,** | **15-00048-JDP** |
| **Debtor.** | |

_____

## ORDER RE OBJECTION TO CLAIM

_____

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Debtor's Objection to Claim of Oriole Textile Co., Inc., Docket No. 42, shall be and is hereby **DENIED**.

The claim is allowed in the total amount of $26,617.06.

Dated: November 20, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER RE OBJECTION TO CLAIM - 1