Jed W. Manwaring, ISB #3040
EVANS KEANE LLP
1161 W. River St, Ste 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com

Attorneys for Evans Keane LLP,

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**DO YOU LOVE ME? INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 15-00048 - JDP |

**STIPULATION FOR LIMITED RELIEF FROM STAY**

The Debtor Do you Love Me? Inc. and Evans Keane LLP ("Creditor") stipulate that the Court may, pursuant to 11 U.S.C. § 362, lift the automatic stay for sole purpose of allowing the creditor to renew the Default Judgment attached as Exhibit A ("Judgment"). The parties further stipulate that the fourteen (14) day stay provided for by Fed. R. Bankr. Proc. 4001(a)(3) be waived by the Court. In support of this stipulation, the parties agree:

1. Debtor was, on the date of filing of the petition for relief, indebted to the Creditor in the amount of $11,401.23, which amount has been addressed in the Debtor's Amended Plan of Reorganization Dated October 2, 2015 (Doc. 50) ("Confirmed Plan").

2. The proposed stay lift is limited to allowing Creditor to renew its Judgment in state court and the Creditor shall not take any further action, inconsistent with the terms of the Confirmed Plan.

*STIPULATION FOR LIMITED RELIEF FROM STAY*-1

3.  The attached Judgment is due to expire if not renewed prior to March 10, 2011. The Judgment must be renewed against several other joint defendants, and Creditor will be prejudiced if not allowed to renew against Debtor at the same time.

DATED this 26th day of February, 2016.

            EVANS KEANE LLP


            By  /s/   Jed W. Manwaring
            Jed W. Manwaring, Of the Firm
            Attorneys for Evans Keane, LLP


DATED this 26th day of February, 2016.

            CAVAL LAW OFFICE, P.C.


            By  /s/   Alexandra O. Caval
            Alexandra O. Caval, Of the Firm
            Attorneys for the Debtor


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2016, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Stephen W Beane**  beanelaw@msn.com
- **Alexandra O Caval**  alex@cavallawoffice.com
- **Mary P Kimmel**  ustp.region18.bs.ecf@usdoj.gov
- **Henry Charles Rudolph**  hrudolph@skinnerfawcett.com
- **US Trustee**  ustp.region18.bs.ecf@usdoj.gov


            /s/ Jed W. Manwaring
            Jed W. Manwaring

ADA COUNTY RECORDER Christopher D. Rich   AMOUNT 13.00   2
BOISE IDAHO 03/14/11 0: ?M
DEPUTY Vicki Allen
RECORDED – REQUEST OF
Evans Keane

111022094

MAR 1 0 2011

CHRISTOPHER D. RICH, Clerk
By PIC NELSON

Victor S. Villegas, ISB #5860
EVANS KEANE LLP
1405 W. Main Street
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
e-mail: VVillegas@evanskeane.com

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| EVANS KEANE, LLP, a Limited Liability Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT JOHN LINDLEY AND MERNA LINDLEY, Husband and Wife, DO YOU LOVE ME, INC., an Idaho Corporation, FORMAL WEAR & BRIDAL CENTER, INC. dba FORMAL & BRIDAL CENTER, an Idaho Corporation, and FBC CONSTRUCTION, A DIVISION OF FORMAL WEAR & BRIDAL CENTER,<br><br>Defendants. | Case No. CV OC 1100980<br><br>DEFAULT JUDGMENT<br><br>**Instrument # 1394973**<br>IDAHO FALLS, BONNEVILLE, IDAHO<br>7-14-2011   02:13:01   No. of Pages: 2<br>Recorded for : EVANS KEANE<br>RONALD LONGMORE   Fee: 13.00<br>Ex-Officio Recorder Deputy<br>Index to: JUDGMENT DEFAULT |

Pursuant to Rule 55, Idaho Rules of Civil Procedure, and based upon the Affidavit of Failure to Plead or Otherwise Defend, the default of Defendant is hereby entered.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff is awarded judgment against Defendants, Albert John Lindley, Merna Lindley, DO YOU LOVE ME, Inc., Formal Wear & Bridal Center, Inc. dba Formal & Bridal Center and FBC Construction, A division of Formal Wear & Bridal Center in the following amount:

DEFAULT JUDGMENT

**Exhibit A**

| | |
|---|---|
| Principal amount | $ 8,760.43 |
| Prejudgment interest | $ 2,134.18 |
| Costs for service and filing fee | $   128.00 |
| TOTAL JUDGMENT AMOUNT | $11,022.61 |

The Plaintiff shall further have statutory post-judgment interest along with all costs and reasonable attorney fees expended in collection of the judgment.

Dated this __3__ day of ~~February,~~ March 2011.

_____
PATRICIA G. YOUNG
DISTRICT JUDGE

STATE OF IDAHO } ss
COUNTY OF ADA }
I, CHRISTOPHER D. RICH, Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, do hereby certify that the foregoing is a true and correct copy of the original on file in this office. In witness whereof, I have hereunto set my hand and affixed my official seal this _14th_ day of _March_, 2011.
CHRISTOPHER D. RICH, CLERK
By _Mary Reed_ Deputy

DEFAULT JUDGMENT

**Exhibit A**