John & Merna Lindley                                                                                           **CATEGORY INVOICE**
6501 Ustick Rd
Boise, ID 83701

RE: DYLM Chapter 11, BK 15-00048-JDP

**FEES**

**CATEGORY: CASE ADMINISTRATION**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 2/27/2015 | AC | Meeting with John & Merna Lindley & Sarah Bratton re pending ch 11 case for DYLM. Discussed financial condition, goals, assets, liabilities & employment terms. Meeting at Sarah's office.  Meeting started 9:30 am, ended 11:00 am. | 1.5 | N/C |
| 2/27/2015 | AC | Meeting with John at DYLM's business location to view property, operations & inventory. Meeting started 2:00 PM, ended 3:00 PM. | 1.0 | N/C |
| 3/3/2015 | AC | Picked up audio CD of UST's 341 meeting with the debtor & listened to audio. | 0.1 | N/C |
| 3/3/2015 | AC | Meeting with John & Merna Lindley re application to employ. Discussed anticipated costs, creditors, taxes, property taxes, DIP account, building options. Meeting started 2:00 PM, ended 3:30 PM. | 1.5 | N/C |
| 3/5/2015 | AC | Reviewed email & documents received from from J. Crawford re missing information to complete documentation for Initial Financial Report. Contacted client. Responded to email. | 0.2 | $ 35.00 |
| 3/6/2015 | AC | Call from Key Bank manager J. Hickman re DIP account for DYLM & necessary docs. | 0.1 | $ 17.50 |
| 3/6/2015 | AC | Draft letter to J. Hickman providing information requested to open DIP Account. | 0.2 | $ 35.00 |
| 3/8/2015 | AC | Email to J. Hickman requesting closing statements for Acct No. 1862 and 1797 and verification that funds transferred to DIP account. Also requested copies of cancelled checks per UST request. | 0.2 | $ 35.00 |
| 3/9/2015 | AC | Correspondence with client re workman's comp policy and property & liability policies. | 0.1 | $ 17.50 |
| 3/9/2015 | AC | Call to Pfleger Agency re certificate of liability. Obtained copy of certificate via email. | 0.2 | $ 35.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/11/2015 | AC | Responsed to email from J. Crawford asking for status of document request. | 0.1 | $ 17.50 |
| 3/12/2015 | AC | Emailed supplemental documents to J. Hickman at KeyBank to open DIP account. Received confirmation account opened along with account number. | 0.2 | $ 35.00 |
| 3/12/2015 | AC | Emailed documents to J. Crawford per request (bank statements, insurance certificate, Letter from Key Bank re DIP account) | 0.2 | $ 35.00 |
| 3/18/2015 | AC | Response to email from J. Crawford seeking check images, worker's comp insurance policy, property insurance. | 0.1 | $ 17.50 |
| 3/19/2015 | AC | Emailed workman's comp policy to J. Crawford. | 0.1 | $ 17.50 |
| 3/20/2015 | AC | Call to client re check images. Obtained user login/pass and copied images of the checks requested by UST (133 check images) | 0.6 | $ 105.00 |
| 4/7/2015 | AC | Call to Insure Idaho to request updated workman's comp policy for DYLM for UST. Forwarded certificate to J. Crawford. | 0.1 | $ 17.50 |
| 8/14/2015 | AC | Drive to Boise for client meeting. (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 8/14/2015 | AC | Drive back to Twin (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 9/21/2015 | AC | Drive to Boise for client meeting. (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 9/21/2015 | AC | Meeting with client @ 3PM to discuss plan and disclosure statement and related documents. Meeting ended 5:15 PM. | 2.2 | $ 385.00 |
| 9/21/2015 | AC | Drive back to Twin (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 9/23/2015 | AC | Telephone conference with client re IRS position on treatment of claim and the possibility of an objection. | 0.6 | $ 105.00 |
| 9/25/2015 | AC | Drive to Boise for client meeting. (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 9/28/2015 | AC | Drive back to Twin (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 9/28/2015 | AC | File Chapter 11 Plan & disclosure statement. | N/C | N/C |
| 10/2/2015 | AC | Drive to Boise for client meeting. (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 10/2/2015 | AC | Drive back to Twin (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 11/12/2015 | AC | Drive to Boise for confirmation hearing (1.3 hr @ 50%) | 0.7 | $ 122.50 |
| 11/12/2015 | AC | Meeting with client post hearing at client's business. | 0.9 | $ 157.50 |
| 12/3/2015 | AC | Telephonic conference with client re dates and requirements per confirmed plan | 0.3 | $ 52.50 |
| | | TOTAL | 16.8 | $ 2,222.50 |

CATEGORY INVOICE

**CATEGORY: FEES & EMPLOYMENT**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 2/28/2015 | AC | Draft application to employ & affidavit. | 1.5 | N/C |
| 5/7/2015 | AC | Filed statement of no objection re Application to Employ Alex Caval (dock 28). Submitted proposed order to court. | 0.1 | $ 17.50 |
| | | TOTAL | 1.6 | $ 17.50 |


**CATEGORY: ACCOUNTING & MONTHLY REPORTS**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 3/26/2015 | AC | Received Feb 2015 MOR from client. Reviewed it with client. Filed MOR. | 0.3 | $ 52.50 |
| 3/26/2015 | AC | Email from M. Kimmel re item on Feb 2015. Call to client to discuss concern about post-petition payroll tax obligations. | 0.4 | $ 70.00 |
| 3/31/2015 | AC | Emailed correct MOR form to client for future reports per email from J. Crawford. | 0.1 | $ 17.50 |
| 4/23/2015 | AC | Reviewed March 2015 MOR from client and discussed it with client. Filed report. | 0.2 | $ 35.00 |
| 5/29/2015 | AC | Reviewed April 2015 MOR from client and filed it. | 0.3 | $ 52.50 |
| 6/4/2015 | AC | Reviewed supplemental bank statements to April 2015 MOR & filed them. | 0.1 | $ 17.50 |
| 6/26/2015 | AC | Reviewed May 2015 MOR from client. Discussed with client. Filed report. | 0.3 | $ 52.50 |
| 8/6/2015 | AC | Reviewed June 2015 MOR from client. Filed it. | 0.1 | $ 17.50 |
| 8/14/2015 | AC | Meeting w/ client to review MOR calculations on culmulative income statement, tax documents for IRS, & discuss claims issues re Oriole. | 2.2 | $ 385.00 |
| 8/17/2015 | AC | Email to M. Kimmel re June 2015 property tax payment and the June 2015 MOR corrections. | 0.2 | $ 35.00 |
| 8/28/2015 | AC | Reviewed corrected June 2015 MOR. Reviewed July 2015 MOR. Filed both MORs. | 0.2 | $ 35.00 |
| 9/24/2015 | AC | Review August 2015 MOR. File with court. | 0.2 | $ 35.00 |
| 11/1/2015 | AC | Review Sep MOR, file with court. | 0.2 | $ 35.00 |
| 11/27/2015 | AC | Review Oct MOR, file with court. | 0.2 | $ 35.00 |
| | | TOTAL | 5.0 | $ 875.00 |

**CATEGORY: TAX ISSUES**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 6/19/2015 | AC | Letter to IRS re 2009-2013 1020 returns. (Copies of returns included). | 0.8 | $ 140.00 |
| 6/26/2015 | AC | Letter to IRS re 2008 1020, 940 return for 2011, 941 quarterlies for 2011-2014. Returns attached to letter. | 0.9 | $ 157.50 |
| 8/7/2015 | AC | Email from M. Kimmel re post-petition real property taxes due June 2015 and re errors on June MOR. Scheduled meeting with client in Boise to review MOR issues. | 0.2 | $ 35.00 |
| | | **TOTAL** | **1.9** | **$ 332.50** |

**CATEGORY: CLAIMS ADMINISTRATION & OBJECTIONS**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 3/5/2015 | AC | Call to Ada County re creditor's claim & about post-petition taxes to confirm which taxes included in the POC. Also discussed estimated 2015 taxes; B. Mahn will send me an estimate for 2015 property taxes. 1/2 of yrly taxes due Dec; other 1/2 due June. | 0.2 | $ 35.00 |
| 3/5/2015 | AC | Call to IRS re creditor's POC and their POC numbers. | 0.1 | $ 17.50 |
| 3/31/2015 | AC | Email to H. Rudolph re creditor's POC. | 0.1 | $ 17.50 |
| 4/6/2015 | AC | Review Singer's proof of claim (note, modification, default calculations). Create default spreadsheet per terms of modification. Significant difference ($22,727) between creditor's figures and my figures. | 2.3 | $ 402.50 |
| 4/6/2015 | AC | Email to H. Rudolph re arrearage difference | 0.2 | $ 35.00 |
| 5/8/2015 | AC | Email to S. Beane who representes Oriole Textile (creditor) regarding documentation that substantiates proof of claim. Also requested actual invoices referenced in POC. | 0.1 | $ 17.50 |
| 9/3/2015 | AC | Sent second email to S. Beane re Oriole claim and amount due. Also requested documents re creditor's claim. | 0.1 | $ 17.50 |
| 9/8/2015 | AC | Draft Objection to Oriole's POC & file it. | 0.9 | $ 157.50 |
| 9/22/2015 | AC | Review response filed by S. Beane re Oriole Claim objection. Research pre-judgment interest statutes & case law. | 2.2 | $ 385.00 |

CATEGORY INVOICE

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 11/11/2015 | AC | Draft memorandum in support of debtor's objection to Oriole's proof of claim. File with court. | 2.4 | $ 420.00 |
| 11/11/2015 | AC | Telephone conference w/ S. Beane re waiver of oral argument and ask for ruling on pleadings. Received stipulation, signed it & filed it. | 0.2 | $ 35.00 |
| 11/12/2015 | AC | Confirmation Hearing & hearing on claim objection | 0.8 | $ 140.00 |
| | | **TOTAL** | **9.6** | **$ 1,680.00** |

**CATEGORY: PLAN & DISCLOSURE STATEMENT**

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 3/5/2015 | AC | Call to H. Rudolph (Skinner Faucett) /Singer. Discussed bankruptcy filing, history of loan, creditor's concerns, & debtor's goals. | 0.6 | $ 105.00 |
| 3/6/2015 | AC | Email to H. Rudolph re proposed plan language dealing with Singer's loan. | 0.5 | $ 87.50 |
| 3/16/2015 | AC | Reviewed letter from H. Rudolph re creditor's response to our proposed offer for plan treatment. Conference call with client to review letter, discuss options and counteroffer. | 1.3 | $ 227.50 |
| 3/17/2015 | AC | Email to H. Rudolph to follow up on discussion | 0.1 | $ 17.50 |
| 3/17/2015 | AC | Call from H. Rudolph discussing client's position | 0.7 | $ 122.50 |
| 4/7/2015 | AC | Telephone conference with client re response to Singer's counteroffer on plan treatment. Received authority to respond with counteroffer. | 1.2 | $ 210.00 |
| 4/7/2015 | AC | Emailed counteroffer to H. Rudolph re plan treatment for Singer. | 0.2 | $ 35.00 |
| 4/14/2015 | AC | Review Singer's response to our counteroffer with client via telephone conference. | 1.1 | $ 192.50 |
| 4/23/2015 | AC | Call to client to discuss Singer's counteroffer. Obtained authority to respond. Also discussed closure of all non-DIP accounts. | 0.6 | $ 105.00 |
| 4/30/2015 | AC | Email to H. Rudolph outlining client's position with respect to Singer's treatment. | 0.8 | $ 140.00 |
| 5/5/2015 | AC | Received response from H. Rudolph. Called H. Rudolph to clarify and correct proposed interest rate. | 0.2 | $ 35.00 |

CATEGORY INVOICE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2015 | AC | Email to client re proposed deal with Singer and its terms. Call to client to discuss Singer's treatment. Client agrees to terms of deal. | 0.5 | $ 87.50 |
| 5/7/2015 | AC | Email from H. Rudolph confirming Singer will accept my arrearage calculations and payoff number. | 0.1 | $ 17.50 |
| 9/8/2015 | AC | Research deadlines for plan & disclosure statement. Contact court for hearing date. Filing deadline 9/30/15 for Nov 12, 2015 hearing date (Oct date already full). | 0.6 | $ 105.00 |
| 9/9/2015 | AC | Research requirements for disclosure statement & chapter 11 plan. | 2.2 | $ 385.00 |
| 9/9/2015 | AC | Begin drafting liquidation analysis form | 0.8 | $ 140.00 |
| 9/9/2015 | AC | Begin drafting disclosure statement | 2.4 | $ 420.00 |
| 9/16/2015 | AC | Email to J. Manwaring re proposed plan treatment for Evans Keene claim. Creditor agreed to proposed treatment. | 0.2 | $ 35.00 |
| 9/18/2015 | AC | Email correspondence to/from N. Cleveland re proposed plan treatment for IDOL claim. | 0.3 | $ 52.50 |
| 9/22/2015 | AC | Draft Chapter 11 Plan per negotiations with creditors and conversation with client. | 6.3 | $ 1,102.50 |
| 9/23/2015 | AC | Finish drafting disclosure statement and exhibits | 5.2 | $ 910.00 |
| 9/23/2015 | AC | Telephone conference with D. Wyatt @ IRS re proposed plan treatment. | 0.3 | $ 52.50 |
| 9/25/2015 | AC | Meeting with client to discuss inventory, pricing, take pictures of inventory. Meeting started 3PM; ended 4:45 PM. | 1.6 | $ 280.00 |
| 9/27/2015 | AC | Revise disclosure statement, plan, and exhibits | 3.2 | $ 560.00 |
| 9/28/2015 | AC | Meeting with client to review chapter 11 plan, disclosure statement, exhibits, and financials for business. Discussed inventory & pricing. Obtained signatures on documents. Meeting 9:00 AM; ended 11:00 AM. | 2 | $ 350.00 |
| 9/28/2015 | AC | Draft Motion for order conditional approval of disclosure statement & setting deadlines. Contact court and verify deadlines. Draft order. File ex-parte motion & submit order. | 0.8 | $ 140.00 |
| 9/29/2015 | AC | Call from M. Kimmel re chapter 11 plan & disclosure statement. Discussed potential issues & solutions. | 0.4 | $ 70.00 |

CATEGORY INVOICE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/29/2015 | AC | Call to client to discuss issues raised by UST and solutions. Discussed amended plan and supplemental disclosure information. | 0.8 | $ 140.00 |
| 9/30/2015 | AC | Draft amended chapter 11 plan | 2.3 | $ 402.50 |
| 9/30/2015 | AC | Draft supplement to disclosure statement | 2.8 | $ 490.00 |
| 10/2/2015 | AC | Meeting w/ client to review amended plan & supplement to disclosure statement. Client signed documents. | 1.4 | $ 245.00 |
| 10/2/2015 | AC | File Amended Ch 11 plan and supplement to disclosure statement | N/C | N/C |
| 10/5/2015 | AC | Draft Ballots for each class (class 2-7) and letter to creditors | 2.7 | $ 472.50 |
| 10/5/2015 | AC | Mail amended plan, disclosure statement, supplement, ballot & letter to all creditors (53 pages (db-sided) x 15 sets @ .10 = $79.50; postage: 15 @ $2.73 = $40.95) | N/C | N/C |
| 11/6/2015 | AC | Draft ballot summary and file with the court | 1.8 | $ 315.00 |
| 11/6/2016 | AC | Draft pre-confirmation report and file with the court | 2.1 | $ 367.50 |
| 12/2/2015 | AC | Draft confirmation order; circulate to M. Kimmel for review | 0.5 | $ 87.50 |
| | | **TOTAL** | **48.6** | **$ 8,505.00** |
| | | **TOTAL HOURS & FEES** | **83.5** | **$ 13,632.50** |

**EXPENSES**

| Date | Description of Expense | Amount |
|---|---|---|
| 3/3/2015 | Printing/Mailing Application to Employ<br>Printing costs: 54 x .10 = $5.40<br>Postage costs: 18 x 1 oz rate = $8.82 | N/C |
| 10/5/2015 | Printing/Mailing Order Conditionally Approving Disclosure Stmt; disclosure stmt, supplement, amd Ch 11 plan<br>Printing costs: 1485 x. 10 = $148.50<br>Postage costs: 15 x 4oz rate = $24.60 | $ 173.10 |
| | **TOTAL EXPENSES** | **$ 173.10** |
| | TOTAL FEES & EXPENSES (GRAND TOTAL) | $ 13,805.60 |

CATEGORY INVOICE