# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DO YOU LOVE ME? INC., | CASE NO. 15-00048-JDP |
| Debtor. | |

## ORDER CLOSING CASE

It appearing to the Court that the estate of the above-named Debtor has been fully administered, the Motion to Close the Case having been served on all parties as required, and there having been no objection to closing this case,

IT IS HEREBY ORDERED THAT Debtor's Motion to Close Case is GRANTED, and this Chapter 11 case is CLOSED. //end of text//

Dated: March 8, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:

*/s/ Alexandra Caval*
_____
Alexandra Caval
Attorney for the Debtor

Approved as to Form:

*/s/ Mary Kimmel 3/7/18*
_____
Mary Kimmel
Counsel for the U.S. Trustee